by the statute in refusing to work under abnormally dangerous conditions, no unfair labor practice arose until they were locked out by their employer. In any event, we cannot say that the Board abused the broad discretion vested in it to fashion remedial back pay orders to effectuate the policies of the Act.

The order of the Board will be enforced. A form of decree may be submitted.

Richmond M. Flowers, Atty. Gen., of Ala., Peter M. Lind, Asst. Atty. Gen., of Ala., Montgomery, Ala., for appellee.

Before TUTTLE, Chief Judge, and RIVES and WISDOM, Circuit Judges.

PER CURIAM.

This Court has studied the record and the briefs filed herein and considered all of the appellant's contentions. Since no error appears in the proceedings below, the order of the district court denying the application for a writ of habeas corpus is

Affirmed.

**Joseph L. TAYLOR, Appellant,**
**v.**
**William C. HOLMAN, Warden, Kilby Prison, Alabama, Appellee.**
**No. 21025.**

United States Court of Appeals
Fifth Circuit.

April 1, 1964.

**UNITED STATES of America,**
**Appellee,**
**v.**
**Daniel J. LEARY and Sadie D. Leary,**
**Appellants.**
**Nos. 335–337, Dockets 28485–28487.**

United States Court of Appeals
Second Circuit.

Argued March 5, 1964.

Decided March 5, 1964.

